## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Peter G. Orloff** : **Chapter 13**
: **Bankruptcy No.**
: **17-16023-jkf**

### CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion for Approval of Compensation (Application for compensation) with the Clerk of the United States Bankruptcy Court on February 22, 2018 and sent notice via electronic notification and/or First Class Mail on February 22, 2018 to the Trustee and all interested parties that they had twenty-one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty-one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

Respectfully Submitted,

_____\s\ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor