## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     **Peter G. Orloff**                    :     **Chapter 13**
                                                  :     **Bankruptcy No.**
                                                  :     **17-16023-jkf**

## ORDER

**AND NOW,** this           day of                  , 2018, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $1,500.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Court Judge

**Date: March 19, 2018**