United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peter G. Orloff  
      Debtor

Case No. 17-16023-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Mar 19, 2018  
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.  
db        +Peter G. Orloff,   937 Sandy Run Road,   Yardley, PA 19067-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:  
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      MICHAEL SETH SCHWARTZ   on behalf of Debtor Peter G. Orloff msbankruptcy@verizon.net  
      REBECCA ANN SOLARZ   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        **Peter G. Orloff**                    :    Chapter 13
                                                                          :    Bankruptcy No.
                                                                          :    17-16023-jkf

## ORDER

**AND NOW,** this          day of                    , 2018, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $1,500.00 from the estate to the extent provided by the confirmed Plan.

**Date: March 19, 2018**

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Court Judge