UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :

PETER G   ORLOFF

                                              : Bankruptcy No. 17-16023JKF
     Debtor(s)                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*[signature]*

Jean K. FitzSimon, B. J.

**Date: October 17, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL S SCHWARTZ ESQ
707 LAKESIDE OFFICE PARK
STREET & STUMP ROADS
SOUTHAMPTON PA 18966-

PETER G   ORLOFF
937 SANDY RUN ROAD
YARDLEY,PA.19067